



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**David M. Pollack**
*Assistant Corporation Counsel*
*Special Federal Litigation Division*
Tel.: (212) 788-1894
Fax: (212) 788-9776

February 19, 2008

By Hand
The Honorable Gerard E. Lynch
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

Re: Marcus Blue v. City of New York, et al., 07 CV 6471(GEL) (DFE)

Dear Judge Lynch:

    I am the Assistant Corporation Counsel handling the defense of this action on behalf of Defendant City of New York (the "City") and Traffic Agent Das and Officer Tucciarone. I am writing to request a thirty (30) day enlargement of time for the parties to conclude discovery from February 28, 2008 to March 31, 2008, without any other changes to the dates established in the Civil Case Management Plan entered by this Court on September 5, 2007. This is the City's first request for an enlargement of the discovery deadline and counsel for the Plaintiff, David A. Zelman, Esq. consents to this request.

    This action concerns plaintiff's claims of false arrest and malicious prosecution. One of the contentions in this matter is plaintiff's claims regarding the length of time he was held following his arrest and the subsequent prosecution by the Kings County District Attorney's Office. Despite requests from the City for the criminal court file in this matter we have not received the criminal court documents. These documents are necessary to the City's defense of this action and this brief <u>extension of the</u> ✱ <u>discovery deadline from February 28, 2008 to March 31, 2008</u>, will allow the parties to obtain these necessary documents and conclude discovery.

    Thank you for your consideration in this regard.

Respectfully submitted,

David M. Pollack (DMP 3873)
Assistant Corporation Counsel

cc: By Facsimile Transmission
(718) 604-3074
David A. Zellman, Esq.
Attorney for Plaintiff

✱ SO ORDERED

GERARD E. LYNCH, U.S.D.J.
2/20/08