UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

MARCUS BLUE,

           Plaintiff,                              Case #: 07 CV 6471

                                                      **Notice of Motion**

   -against-

THE CITY OF NEW YORK, POLICE OFFICER PHILIP
TUCCIARONE Shield #19414, TRAFFIC AGENT ASHIM
DAS T-301,

           Defendants.
————————————————————————X

      PLEASE TAKE NOTICE, that the within Plaintiff, MARCUS BLUE , hereby moves this Court to strike the Answer of Defendant City of New York and officer defendants and/or preclude defendant from offering testimony or documents at trial, and for such other and further relief as this Court may deem just and proper.

DATED:      Brooklyn, New York
                   May 21, 2008

                                               Respectfully Submitted:

                                               **LAW OFFICE OF DAVID A. ZELMAN**

                                               David A. Zelman, Esq.
                                               612 Eastern Parkway
                                               Brooklyn, New York 11225
                                               (718) 604-3072

*Via fax:212 788 9776*
DAVID POLLACK, ESQ.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, New York 10007,