MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――
MARCUS BLUE,

              Plaintiff,                    Case #: 07 CV 6471

                                                **Notice of Motion**

    -against-

THE CITY OF NEW YORK, POLICE OFFICER PHILIP
TUCCIARONE Shield #19414, TRAFFIC AGENT ASHIM
DAS T-301,

              Defendants.
―――――――――――――――――――――――X

      PLEASE TAKE NOTICE, that the within Plaintiff, MARCUS BLUE , hereby moves this Court to strike the Answer of Defendant City of New York and officer defendants and/or preclude defendant from offering testimony or documents at trial, and for such other and further relief as this Court may deem just and proper.

DATED:      Brooklyn, New York
               May 21, 2008

                                                          Respectfully Submitted:

                                                          LAW OFFICE OF DAVID A. ZELMAN

                                                          David A. Zelman, Esq.
                                                          612 Eastern Parkway
                                                          Brooklyn, New York 11225
                                                          (718) 604-3072

*Via fax: 212 788 9776*
DAVID POLLACK, ESQ.
Assistant Corporation Counsel                Denied.
New York City Law Department
100 Church Street
New York, New York 10007,                  SO ORDERED

                                                          GERARD E. LYNCH, U.S.D.J.

                                                          6/3/08