UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARCUS BLUE,

        Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.,

        Defendants.

------------------------------------------------------------x

07 Civ. 6471 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

GERARD E. LYNCH, District Judge:

    For the reasons stated before the parties in open court on June 4, 2008, it is hereby ORDERED that:

1. All discovery shall be completed by June 30, 2008. By that date, plaintiff's hand expert must submit to a deposition by defendants. Plaintiff must also submit to an examination by defendants' rebuttal psychiatric expert in enough time to allow that expert to file a rebuttal report by that date.

2. By June 18, 2008, defendants shall respond to all of plaintiff's outstanding document requests, and either produce those documents requested by plaintiff (including the records of a 911 call relating to the incident, notes made by an officer on the scene of the incident, and notes made by a supervising officer) or provide plaintiff with a written letter certifying that, notwithstanding a diligent search, defendants are unable to locate those documents.

3. A conference is scheduled for August 1, 2008, at 10:00 a.m.

4. Defendants' contemplated dispositive motion is due on August 18, 2008. Plaintiff's opposition and cross-motion is due on September 22, 2008. Defendants' reply and opposition is due on October 6, 2008. Plaintiff's reply is due on October 14, 2008.

5. Plaintiff's motion to strike defendants' answer, document number eleven, is denied, without prejudice to plaintiff raising further discovery disputes at a later point in time, and the clerk is respectfully requested to mark the motion as closed.

SO ORDERED.

Dated: New York, New York
June 4, 2008

_____
GERARD E. LYNCH
United States District Judge