UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARCUS BLUE,

                              Plaintiff,

              v.

THE CITY OF NEW YORK, et al.,

                              Defendants.

-----------------------------------------------------------------x

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 6471 (GEL) (DFE)

[DATE FILED: 7/31/08]

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

---

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               July 30, 2008

                                          _____
                                          GERARD E. LYNCH
                                          United States District Judge